PAUL A. PEREZ *v.* COMMISSIONER OF CORRECTION
(AC 24998)

Schaller, Harper and Mihalakos, Js.

Argued May 5—officially released May 31, 2005

Per Curiam. This case is controlled by *State* v. *Gibson,*
75 Conn. App. 103, 815 A.2d 172 (2003).

The judgment is affirmed.

STATE OF CONNECTICUT *v.* EDDIE RODRIGUEZ
(AC 24179)

Lavery, C. J., and Schaller and Dranginis, Js.

Submitted on briefs April 29—officially released May 31, 2005

Per Curiam. The judgment is affirmed.

LINDA RAIA *v.* SONITROL COMMUNICATIONS
CORPORATION
(AC 25229)

Flynn, Gruendel and Harper, Js.

Submitted on briefs April 29—officially released May 31, 2005

Per Curiam. The judgment is affirmed.